JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Deputy Director
SAMUEL GO
Assistant Director
OZLEM B. BARNARD (NY 4350583)
ANNA DICHTER (NJ 304442019)
Trial Attorneys
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-4469
Email: ozlem.b.barnard@usdoj.gov
Telephone: (202) 353-2405
Email: anna.l.dichter@usdoj.gov
*Attorneys for the Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FOR IMMIGRANTS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No.: CV 19-10424 AB (GJSx)<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: December 10, 2019<br>Current response date: February 10, 2020<br>New Response date: February 24, 2020 or 10-days after the court rules on the Preliminary Injunction, whichever is later. |

WHEREAS Defendants have requested that they be allowed to consider the Court's forthcoming ruling on Plaintiff's Application for Preliminary Injunction prior to responding to the Complaint;

WHEREAS Plaintiff agrees to an extension premised on that basis provided that Defendants grant a reciprocal extension of Plaintiff's deadline to oppose any motion that might be filed in response to the Complaint;

IT IS HEREBY STIPULATED by and through their respective counsel, and pursuant to Local Rule 8-3, that the Defendants shall have an additional 14 days, or 10 days from the day the court rules on the Plaintiff's Application for Preliminary Injunction, whichever is later, to respond to the Complaint. The parties further stipulate that Plaintiff shall have a 14-day extension of its opposition deadline, which Defendants will accommodate for when noticing any motion in response to the Complaint and by further stipulation if necessary.

Dated: February 7, 2020                    Respectfully submitted,

                                           JOSEPH H. HUNT
                                           Assistant Attorney General
                                           Civil Division

                                           WILLIAM C. PEACHEY
                                           Director
                                           District Court Section
                                           Office of Immigration Litigation

                                           SAMUEL GO
                                           Assistant Director

                                           OZLEM BARNARD
                                           ANNA DICHTER
                                           Trial Attorneys

                                           By: *s/ Ozlem Barnard*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OZLEM BARNARD (NY 4350583)
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice

By: *s/ Anna Dichter*
ANNA DICHTER (NJ 304442019)
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice

*Attorneys for the Defendants*

HUESTON HENNIGAN LLP
*/s/ Moez M. Kaba*
MOEZ M. KABA

*Attorney for Plaintiff*

1