BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
SAMUEL P. GO
Assistant Director
NICOLE P. GRANT
Senior Litigation Counsel (GA 417121)
ANNA L. DICHTER
Trial Attorney (NJ 304442019)
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-2405
Email: anna.l.dichter@usdoj.gov

*Attorneys for the Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FOR IMMIGRANTS, | Case No. CV 19-10424-AB (GJSx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Judge: Hon. André Birotte Jr. |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

**NOTICE OF SETTLEMENT**

Plaintiff, Freedom for Immigrants ("FFI"), and Defendants, U.S. Department of Homeland Security ("DHS"), Alejandro N. Mayorkas, Secretary of DHS, U.S. Immigration and Customs Enforcement ("ICE"), Tae D. Johnson, Acting Director for ICE, and Matthew C. Allen, Acting Deputy Director for ICE, (collectively, the "Parties"), respectfully submit this Notice of Settlement regarding FFI's December 10, 2019 Complaint for Injunctive and Declaratory Relief. ECF No. 1. To that end, the Parties state as follows:

1. The Parties have reached an agreement to resolve this action. *See* Exhibit A, Settlement Agreement. Under the terms of the Settlement Agreement, which the Parties signed on July 1, 2021, ICE agrees to provide FFI an extension on the ICE Detainee Telephone Service pro bono platform ("DTS pro bono platform") that is free and confidential, without interruption or interference, for a five-year period. The Government also agrees to pay $100,970.34 to resolve FFI's claims for attorneys' fees and costs. FFI agrees to abide by the terms regarding restricted calls as set forth in Paragraph 2.3 of the Settlement Agreement and the dispute resolution terms as set forth in Paragraph 2.4 of the Settlement Agreement. Further, should ICE establish a new public-facing policy that is applied equally to all organizations using the DTS pro bono platform within the five-year term of the Settlement Agreement, FFI agrees to comply with the new policy within six months following the termination of the Settlement Agreement if it is to continue operating the extension.

2. The Parties request that all upcoming case deadlines be cancelled, and that the hearing on Defendants' Motion to Dismiss or, Alternatively, to Transfer Venue, set for July 2, 2021 and the Settlement Conference set for July 16, 2021, be taken off calendar.

3. Per Section 2.5 of the Settlement Agreement, the proper dismissal documents will be filed within seven (7) business days following the complete execution of the Settlement Agreement.

4. This Notice of Settlement shall not be construed to amend, change, or modify the Parties' Settlement Agreement.

Dated: July 1, 2021                         Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Acting Assistant Attorney General
                                            Civil Division
                                            WILLIAM C. PEACHEY
                                            Director
                                            SAMUEL P. GO
                                            Assistant Director
                                            NICOLE P. GRANT
                                            Senior Litigation Counsel

                                            By: /s/Anna L. Dichter
                                            ANNA L. DICHTER (NJ 304442019)
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Office of Immigration Litigation
                                            District Court Section
                                            P.O. Box 868, Ben Franklin Station
                                            Washington, D.C. 20044
                                            Telephone: (202) 353-2405
                                            Email: anna.l.dichter@usdoj.gov

                                            *Attorneys for the Defendants*

                                            HUESTON HENNIGAN LLP

                                            By: /s/ Moez M. Kaba
                                            MOEZ M. KABA

                                            *Attorney for Plaintiff Freedom for Immigrants*

1 **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

2   Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Anna L. Dichter, attest that all
3 other signatories listed and on whose behalf the filing is submitted concur in
4 this filing's content and have authorized this filing.

By: /s/ Anna L. Dichter
Anna L. Dichter