JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FREEDOM FOR IMMIGRANTS,

Plaintiff,

v.

U.S. DEPARTMENT OF
HOMELAND SECURITY, et al.

Defendants.

Case No. CV 19-10424-AB (GJSx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right.  Defendants' Motion to Dismiss [31] is **DENIED AS MOOT** in light of settlement.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 8, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.